UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA
(NUFIC) as subrogee of NORTHERN
WIND, INC.,

                Plaintiffs,

-against-

MEDITERRANEAN SHIPPING COMPANY
S.A. d/b/a MSC.,

                Defendant.

No. 24-CV-8673 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The firm in which my husband used to be a partner did some work for a different subsidiary of AIG.

**SO ORDERED.**

Dated:    November 19, 2024
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge