UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA (NUFIC) as subrogee of NORTHERN WIND, INC., <br><br>                    Plaintiffs, <br><br> -against- <br><br> MEDITERRANEAN SHIPPING COMPANY S.A. d/b/a MSC., <br><br>                    Defendant. | No. 24-CV-8673 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

As discussed during the initial pretrial conference held yesterday, March 13, 2025, the parties shall jointly submit a letter no later than June 13, 2025, advising the Court of the status of the above-captioned action.

**SO ORDERED.**

Dated:      March 14, 2025
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1