UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA (NUFIC) as subrogee of NORTHERN WIND, INC., <br><br> Plaintiff, <br><br> -against- <br><br> MEDITERRANEAN SHIPPING COMPANY S.A. d/b/a MSC, <br> Defendant. | 1:24-cv-08673-LAP-GS <br><br><br> **60 DAY ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED**, with prejudice as to the parties, provided that any of the parties may, upon good cause shown within 60 days reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

Dated: January 12, 2026

_Loretta A. Preska_
HON. LORETTA A. PRESKA
UNITED STATES DISTRICT COURT

*The Clerk of the Court shall mark this matter closed and all pending motion denied as moot.*